**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE-OPELOUSAS DIVISION**

| | | |
|---|---|---|
| **SERVICE DEP'T LLC**<br>*PLAINTIFF &*<br>*CONSOL COUNTER-*<br>*DEFENDANT* | * | **CIVIL ACTION NO. LEAD 08-CV-1047**<br>**MEMBER NO. 08-cv-1050** |
| **VERSUS** | * | **JUDGE HAIK** |
| | * | **MAGISTRATE JUDGE METHVIN** |
| **COMPUTERS FOR BUSINESS**<br>**MG'T LTD.**<br>*DEFENDANT & CONSOL-*<br>*COUNTER CLAIMANT* | | |

*NOTICE OF FAILURE TO COMPLY AND ORDER*

The Rule 26(f) Report mandated by paragraph 3 of the Scheduling Order was due in this office on June 1, 2009.

On June 1, 2009, the undersigned received a copy of defendant's inserts to the Report. In a telephone conference with the lawclerk assigned to the matter, counsel for defendant, Jennifer Fiore, advised that she had made numerous attempts to contact plaintiff's counsel, Stanley Spring, for plaintiff's inserts with no response. It was requested that Ms. Fiore make an additional effort to contact Mr. Spring. Ms. Fiore states in the attached correspondence dated June 10, 2009, that she has made additional efforts to contact Mr. Spring, again with no response.[1]

---

[1] See Exhibit A.

**IT IS HEREBY ORDERED** that *on or before July 10, 2009*, Mr. Spring shall contact Ms. Fiore to complete the Rule 26(f) report with plaintiff's inserts for immediate submission to the undersigned. Ms. Fiore is to either submit the finalized report or contact the undersigned's chambers if plaintiff has not complied *on or before July 13, 2009*.

*Plaintiff is notified that a failure to comply with this order will warrant the imposition of the sanctions authorized by F.R.Civ.P. 16(f), including possible dismissal of the lawsuit.*

Signed at Lafayette, Louisiana, on June 25, 2009.

_____
Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)