**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| **THE SERVICE DEPARTMENT, LLC** | **CIVIL ACTION NO. 08-cv-1047** |
| VS. | |
| **COMPUTERS FOR BUSINESS MG'T, LTD** | **MAGISTRATE JUDGE METHVIN BY CONSENT OF THE PARTIES** |

**CONSOLIDATED WITH:**

| | |
|---|---|
| **THE SERVICE DEPARTMENT, LLC** | **CIVIL ACTION NO. 08-cv-1050** |
| VS. | |
| **COMPUTERS FOR BUSINESS MG'T, LTD** | **MAGISTRATE JUDGE METHVIN BY CONSENT OF THE PARTIES** |

*ORDER*

This lawsuit was removed from a local state court based on the allegation of defendant Computers for Business Management, LTD's that the matter in controversy exceeds $75,000 and that this court therefore has diversity jurisdiction under 28 U.S.C. §1332. As required by a standing order of this court, the undersigned has reviewed the record to determine whether the required jurisdictional amount has been established.

Plaintiff Service Department LLC seeks to enjoin defendant from proceeding with any demand letters. These amounts include "$11, 7 119.00" for breach of contract; and demand letters to its customers for several items. Plaintiff offers several examples including $718 for monitoring fees $9108; $2168 for non-payment of camera equipment. Plaintiff also claims

payment in the amount of approximately $43,171.[1] Plaintiff also claims $20,000 for a back-up solution that failed.

A review of the Complaint shows that the requisite jurisdictional amount has been established. Accordingly, no additional briefing is required.

Signed at Lafayette, Louisiana on September 30, 2009.

_____
Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)

---

[1] Plaintiff alleges that it paid defendant $53,964.83 but when it should have paid $26,982 minus the profit it made, $16,189.45.